UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>GREGORY REED,<br><br>                    Defendant. | No. 11-cr-487-1 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

On May 21, 2020, the Court received the attached letter, dated May 17, 2020, from Defendant Gregory Reed, inquiring into the status of his pending motion for relief under 28 U.S.C. § 2255 (Doc. No. 154). As made clear by the parties' arguments, Reed's motion turns on whether attempted Hobbs Act robbery qualifies as a crime of violence under *United States v. Davis*, 139 S. Ct. 2319 (2019) and *United States v. Barrett*, 937 F.3d 126 (2d Cir. 2019). (Doc. No. 156 at 4–8; Doc. No. 159.) That question was presented to the U.S. Court of Appeals for the Second Circuit in *United States v. McCoy*, No. 17-3515(L), which was argued on October 23, 2019. Accordingly, the Court will promptly rule on Reed's motion after the Second Circuit's *McCoy* decision is issued.

SO ORDERED.

Dated:   June 11, 2020
         New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation

Date 5/17/2020

To: The Honorable Richard J Sullivan
500 Pearl St
New York, New York 10007

From: Gregory Reed #65170-054
U.S.P Canaan
PO Box 300
Waymart, Pa 18472

Re: 11 Cr 487 US V. Reed

RECEIVED 2020 MAY 21 PM 12:22 CLERK'S OFFICE U.S. COURT OF APPEALS

Dear Judge Sullivan,

I hope this letter Finds you Well and in good health even With the Recent Pandemic (covid-19). Well anyway I'm Writing you in Regards of The Pending 2255 Motion Which Your Honor has heard arguments on. The Last Submission Was on Feb 12, 2020 See Doc #160 Which Was Filed by My Co-Defendant Mr Gonzalez. I have Not heard anything Since then From either the Courts or my Lawyer. I Know things have Been Delayed Due to the Recent Health Crisis in America. I'm Just Wondering if there Were anymore Submission

or a Ruling on this Pending Motion as of this dated letter or Was a Stay issued Due to the Recent Pandemic.

P.S. I look Forward to your Swift and timely answer to my aforemention Concerns. Once again Stay Safe and healthy During these trying times.

Respectfully Submitted,

Guy Reed 5/17/2020



Gregory Reed #65170-054
United States Penitentiary
Canaan P.O. Box 300
Waymart, Pa. 18472

Legal Mail

Honorable Richard J. Sullivan
500 Pearl st
New York, New York 10007