UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    against

GREGORY REED,

                Defendant.

No. 11-cr-487-1 (RJS)

ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT Defendant's resentencing, which is currently scheduled for 10:00 a.m. on December 14, 2022 in Courtroom 21C, will instead take place in Courtroom 20C at 11:00 a.m. on that same day.

SO ORDERED.

Dated:       November 21, 2022
              New York, New York

                                    _____
                                      RICHARD J. SULLIVAN
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation