UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    against

GREGORY REED,

            Defendant.

No. 11-cr-487-1 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of an emailed request from the government to adjourn Defendant's sentencing, which is scheduled for Tuesday, February 21, 2023 at 11:00 a.m.   Because (1) Defendant's sentencing has been scheduled for over two months, (2) there are still twelve days remaining in which to transport Defendant to the Court in time for his sentencing, and (3) the government offers no explanation as to why the Marshals Service and/or Bureau of Prisons is unable to produce Defendant by February 21, IT IS HEREBY ORDERED THAT the government's adjournment request is DENIED.   Accordingly, Defendant's sentencing will proceed as previously scheduled on Tuesday, February 21, 2023 at 11:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, located at 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:      February 9, 2023
           New York, New York

                                    RICHARD J. SULLIVAN
                                    UNITED STATES CIRCUIT JUDGE
                                    Sitting by Designation